**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 11-cr-00293-02 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| BARRY JUDE GUIDRY, JR. | MAGISTRATE JUDGE HANNA |

## O R D E R

For the reasons orally assigned in the Official Transcript of the Plea Hearing of the Magistrate Judge in the transcript previously filed herein [Record Document 47], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant, Barry Jude Guidry, Jr., before Magistrate Judge Patrick Hanna is accepted by the Court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of March, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE